JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

STEVEN E. SEITZ (NYSBN 4408415)
Special Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5080
   Facsimile: (408) 535-5066
   Email: steven.seitz@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>    Plaintiff, <br>    v. <br> JOSE LUIS CAMARENA-RODRIGUEZ, <br>    Defendant. | No.   CR 09–00560 PVT <br><br> STIPULATION AND XXXXXXXXXXXXXX ORDER EXCLUDING TIME FROM JULY 27, 2009 TO AUGUST 17, 2009 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

     On July 27, 2009, the parties appeared for a hearing before this Court. At that hearing, the government and defense requested an exclusion of time under the Speedy Trial Act based upon the defense counsel's need to effectively prepare by reviewing discovery materials submitted by the government and the need to jointly negotiate a resolution in this matter. At that time, the Court set the matter for a hearing on August 17, 2009.

     The parties stipulate that the time between July 27, 2009 and August 17, 2009 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Finally, the parties agree that the

1

1  ends of justice served by granting the requested continuance outweigh the best interest of the
2  public, and the defendant in a speedy trial and in the prompt disposition of criminal cases. 18
3  U.S.C. §3161(h)(8)(A).

5  DATED: July 27, 2009                    JOSEPH P. RUSSONIELLO
                                           United States Attorney

7                                           ___/s/_____
                                           STEVEN E. SEITZ
8                                          Special Assistant United States Attorney


10                                          ___/s/_____
                                           MICHELLE SPENCER
11                                         Attorney for Defendant

Case5:09-cr-00560-RMW Document 23 Filed 07/27/09 Page 2 of 3

1 **ORDER**

2 Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY
3 ORDERS that the time between July 27, 2009, and August 17, 2009 is excluded under the
4 Speedy Trial Act, 18 U.S.C. §3161. The court finds that the failure to grant the requested
5 continuance would unreasonably deny defense counsel reasonable time necessary for effective
6 preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that
7 the ends of justice served by granting the requested continuance outweigh the best interest of the
8 public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The
9 court therefore concludes that this exclusion of time should be made under 18 U.S.C.
10 §3161(h)(8)(A).

12 IT IS SO ORDERED.

13 DATED:    October 15, 2009

_____
PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE