MICHELLE D.SPENCER, CBN 164696
Law Office of Michelle D. Spencer
55 River Street, Suite 100
Santa Cruz, CA 95060
Tel: 831.458.0502
Fax:831.426.0159

*E-FILED - 12/23/09*

Attorney for Jose Luis Camarena Rodriguez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>v.<br><br>JOSE LUIS CAMARENA RODRIGUEZ,<br>　　　　　　Defendant. | Case No. CR 09-00560 RMW<br><br>STIPULATION AND ]<br>ORDER EXCLUDING TIME AND<br>CONTINUING STATUS HEARING |

　　　　The United States of America, by and through its counsel, Steven Seitz, and, Jose Luis Camarena Rodriguez, by and through his counsel Michelle D. Spencer, hereby agree and stipulate that this case be continued from November 16, 2009 to November 23, 2009 for further status conference and disposition. The parties are negotiating a disposition but a plea agreement has not yet been completed.　　Additionally, the parties agree and stipulate that under the Speedy Trial Act an exclusion of time is appropriate from November 16, 2009 to November 23, 2009 for effective preparation and continuity of counsel.

///

//

Stipulation & Order Excluding Time
CR09-00560 RMW　　　　　　　　　　　- 1 -

| | |
|---|---|
| IT IS SO STIPULATED: | JOSEPH P. RUSSONIELLO<br>UNITED STATES ATTORNEY |
| Dated: November 9, 2009 | /S/<br>STEVEN SEITZ<br>Special Assistant United States Attorney |
| Dated: November 9, 2009 | /S/<br>MICHELLE D. SPENCER<br>Attorney for Jose Luis Camarena Rodriguez |

## **ORDER**

GOOD CAUSE SHOWING, the Court hereby orders that time shall be excluded under the Speedy Trial Act from November 16, 2009 to November 23, 2009.  Based on the foregoing reasons, the Court finds that the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and the defendant in a speedy trial.  An exclusion of time is hereby granted pursuant to 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

DATED: 12/23/09

/s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

Stipulation & Order Excluding Time
CR09-00560 RMW                          - 2 -