JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

DAVID M. PAXTON (CASBN 266940)
Special Assistant United States Attorney

   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5040
   Facsimile: (408) 535-5081
   david.paxton@usdoj.gov

*E-FILED - 4/1/10*

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-00560-RMW |
|         Plaintiff, ) | **STIPULATION TO CONTINUE SENTENCING HEARING; [] ORDER** |
| v. ) | |
| JOSE LUIS CAMARENA-RODRIGUEZ, ) | |
|         Defendant. ) | |

     Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, April 5, 2010 at 9:00 a.m., be continued to Monday, April 19, 2010, at 9:00 a.m. The continuance is requested to complete a sentencing recommendation.

     The parties further agree that time should be excluded under the Speedy Trial Act because

STIPULATION TO CONTINUE
HEARING DATE; [] ORDER
No. CR 09-00560-RMW         1

1    the ends of justice served by granting the requested continuance outweigh the interest of the

2    public and the defendant in a speedy trial. The failure to grant the requested continuance would

3    deny defense counsel reasonable time necessary for effective preparation, taking into account the

4    exercise of due diligence, and would result in a miscarriage of justice. The parties therefore

5    stipulate that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and

6    (B)(iv).

7

     Dated: 4/1/2010                                    _____/s/_____
8                                                       MICHELLE D. SPENCER
                                                        Defense Attorney
9

10   Dated: 4/1/2010                                    _____/s/_____
                                                        DAVID M. PAXTON
11                                                      Assistant United States Attorney
     //
12

13   //

14
     //
15

16   //

17
     //
18

19   //

20
     //
21

22   //

23
     //
24

25   //

26

STIPULATION TO CONTINUE
HEARING DATE; [ xxxxxxxx ] ORDER
No. CR 09-00560-RMW                              2

|xxxxxxxxxxx **ORDER**

The parties have jointly requested a continuance of the hearing set for Monday, April 5, 2010, allow time for the government to make a sentencing recommendation.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Monday, April 5, 2010 at 9:00 a.m., be continued to Monday, April 19, 2010, at 9:00 a.m.

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from March 29, 2010 to Monday, April 19 2010. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

Dated: 4/1/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

STIPULATION TO CONTINUE
HEARING DATE; [XXXXXXXX] ORDER
No. CR 09-00560-RMW                 3